UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ED AGUILAR,<br><br>                    Plaintiff,<br><br>          v.<br><br>CH2M HILL PLATEAU REMEDIATION COMPANY aka CH2M HILL, INC.,<br><br>                    Defendant. | No.  CV-10-5087-EFS<br><br>**ORDER DISMISSING CASE** |

On February 4, 2013, the parties filed a stipulated dismissal, ECF No. 56.  Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

1. The parties' motion to dismiss, **ECF No. 56**, is **GRANTED.**
2. All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.
3. All pending motions are **DENIED AS MOOT.**
4. All hearings and other deadlines are **STRICKEN.**
5. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this  4th  day of February 2013.

                    s/Edward F. Shea
                    EDWARD F. SHEA
            Senior United States District Judge

Q:\EFS\Civil\2010\5087.dismiss.close.lc2.docx

ORDER DISMISSING CASE - 1